IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>SCOTT A. GRAMLING ,<br><br>Defendant | NO. 5:03-MJ-04-15 (CWH)<br><br>Before the U. S. Magistrate Judge |

## O R D E R

Upon the motion of the government, and for the reasons stated in the Government's motion, IT IS HEREBY ORDERED that the information filed against SCOTT A. GRAMLING be, and it is, hereby dismissed.

SO ORDERED AND DIRECTED, this 27th day of June, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE